FILED

2019 MAY 21 AM 11: 37

SUPERIOR COURT
OF GUAM

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| GARY LEE SANTOS,<br><br>      Plaintiff,<br><br>vs.<br><br>MARISSA Q. SANTOS,<br><br>      Defendant. | Case No. DM0675-13<br><br>**DECISION AND ORDER** |

This matter is before the Honorable Michael J. Bordallo. Plaintiff Gary Lee Santos ("Plaintiff") is represented by Joaquin C. Arriola, Jr., Esq. of Arriola, Cowan & Arriola. Defendant Marissa T.Q. Santos ("Defendant") is represented by Curtis C. Van de veld, Esq. of the Vandeveld Law Offices, P.C. On Nov. 29, 2018, Plaintiff filed a Motion To Modify Child Support before Hearing Officer B. Ann Keith. On Dec. 20, 2018, Defendant filed before this Court Defendant's Motion For Modification Of Custody Orders And For Finding Of Contempt Against Plaintiff. At a May 10, 2019 hearing in which both Plaintiff and Defendant were present, Plaintiff stated on the record that both parties agreed to withdraw their respective motions. The parties have not yet memorialized this agreement in writing. The Court will

nevertheless treat Defendant's Dec. 20 motion as **MOOT** unless, within three (3) days of this order, she files a contrary pleading.

SO ORDERED, this ___21___ day of ___May___ 2019.

_____
HONORABLE MICHAEL J. BORDALLO
Judge, Superior Court of Guam

**SERVICE VIA COURT BOX**

I acknowledge that a copy of the original hereto was placed in the court box of:

OBV, Arriola

Date:_____ Time:_____

Deputy Clerk, Superior Court of Guam